

GERALD W. FILICE
2443 Fair Oaks Blvd., #125
Sacramento, California 95825
(916) 914-3847

PRO SE



FILED
JAN 04 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>GERALD WILLIAM FILICE,<br><br>Debtor in Possession.<br>_____/ | Case No. 18-27032-C-11<br><br>Chapter 11<br><br>NOTICE OF MOTION AND MOTION REGARDING ORDER OF DISMISSAL ENTERED DECEMBER 21, 2018: FOR RECONSIDERATION; TO AMEND OR MAKE ADDITIONAL FINDINGS; TO ALTER OR AMEND THE JUDGMENT; FOR A NEW TRIAL; AND FOR RELIEF FROM ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST FOR JUDICIAL NOTICE<br><br>[Federal Rules of Bankruptcy Procedure 8002, 7052, 9023, 9024, Federal Rules of Civil Procedure 59, 60]<br><br>Date: 02/13/2019<br>Time: 11:00 a.m.<br>Courtroom: C<br><br>Hon. Christopher Klein, Bankruptcy Judge |

### NOTICE OF MOTION AND MOTION

TO ALL PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that on February 13, 2019, at 11:00 a.m., in

Courtroom C of this Court, the Hon. Christopher Klein, Bankruptcy Judge presiding, located at 501 "I" Street, Sacramento, California 95814, the Debtor in possession, Gerald W. Filice, shall move for orders pertaining to the Order of Dismissal entered December 21, 2018 (the "Order" attached hereto). The order which the Debtor seeks is as follows: to reconsider the Order and set aside and vacate the Order; to amend or make additional findings of fact and conclusions of law; to alter or amend the Order; for a new trial; and for relief from the Order. These requests are being made because the reasons cited for the Order in both the written Order and the minutes of the Court, i.e., that schedules and other documents were not timely filed, were incorrect and mistaken since all of such documents had been timely filed and were then present in the Clerk's file. Due to Debtor's injury, he was unable to appear in Court on December 18 when these matters were apparently discussed (of which the Debtor had already provided notice to the Court), and was unable to correct the record, only receiving notice in the mail of the Notice of Entry of the order in late December.

**YOUR RIGHTS MAY BE AFFECTED. You should read this Notice carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE FURTHER NOTICE that the Debtor has provided at least 28 days notice of this Motion to parties in interest as required by Local Rule 9014-1(f).

PLEASE TAKE FURTHER NOTICE that if you oppose this motion and wish to be heard at the hearing, you must file and serve on all parties in interest your written opposition no later than fourteen (14) days before the hearing, otherwise the matter will be decided without considering your opposition or argument.

You are urged to consult the Court's local rules, which are available on the Court's website at www.caeb.uscourts.gov.

Date: January 4, 2019

_____
GERALD FILICE, DEBTOR
PRO SE

## MEMORANDUM OF POINTS AND AUTHORITIES

I.    BACKGROUND

      This Court scheduled a Status Conference for December 18. However, the Debtor, who represents himself in this proceeding, was seriously injured on December 8, 2018, was hospitalized several days, and had a concussion, and was unable to attend the status conference. On December 14, an Application to continue it and other dates was filed and served, based on the injury which was explained in detail by declaration. To the Debtor's knowledge, the Court never acted on the Application, and conducted the status conference in the Debtor's absence.

      The Court dismissed this case. From the Notice of Entry of the Order which the Debtor received in the mail, and from the written order which was not served but has been obtained from the online docket report, it appears the Court made its order believing (erroneously) that a number of required schedules and related items had not been filed. However, all documents for a skeletal filing had been filed with the Petition on November 7; additional items were filed November 21, and the balance were filed on November 28, 2018 (Debtor had requested an extension to November 28 to file the items not included with the Petition; the Court granted (docket number 25) a longer extension to December 5 but the Debtor filed them November 28 anyway).

      Below is a chart showing each of the documents which the Order of Dismissal cites as having not been filed, with the actual date of filing and the docketing number where each document is found in the Clerk's docket report:

| Document | Number | Date Filed |
|---|---|---|
| Statement of Financial Affairs | 24 | 11/28 |
| Summary of Assets and Liabilities | 24 | 11/28 |
| Schedule A/B- Real and Personal Property | 22 | 11/21 |
| Schedule C-Exempt Property | 22 | 11/21 |

2443 Fair Oaks Blvd. #125
Sacramento, CA 95825
(916) 914-3847

| | | | |
|---|---|---|---|
| 1 | Schedule D-Secured Creditors | 22 | 11/21 |
| 2 | Schedule E/F-Unsecured Claims | 22 | 11/21 |
| 3 | Schedule G-Executory Contracts | 24 | 11/28 |
| 4 | Schedule H-Codebtors | 24 | 11/28 |
| 5 | Schedule I-Current Income of Individual | 24 | 11/28 |
| 6 | Schedule J-Current Expenditures | 24 | 11/28 |
| 7 | 20 Largest Unsecured Creditors | 7 | 11/07 |
| 8 | Form 122B | 23 | 11/21 |

These documents were discussed with representatives of the U.S. Trustee during the two meetings with them and the Debtor, and the meeting of creditors was held and concluded.

II.　DISCUSSION

A. <u>Basic Legal Authorities</u>.  Bankruptcy Rule 8002(b) extends the time for filing an appeal until 14 days after final resolution of timely-filed motions under Rules 7052, 9023, 9024, and Federal Rules of Civil Procedure 59 and 60, to alter or amend findings, alter or amend an order or judgment, for new trial, and for relief from an order or judgment. This motion is being timely filed on the 14th day after entry of the Order on December 21, 2018.

FRCP Rule 52(b), incorporated into RBP 7052(b), provides:

"Amended or Additional Findings. On a party's motion filed no later than 28 days after the entry of judgment, the court may amend its findings—or make additional findings—and may amend the judgment accordingly. The motion may accompany a motion for a new trial under Rule 59."

FRCP 59 is incorporated in RBP 9023. 9023 provides for notice of the motion to amend or alter the judgment or order to be filed within 14 days after entry of the Order. Rule 59(a) provides:

(a) In General.

"(1) *Grounds for New Trial*. The court may, on motion, grant a new trial on all or some of the

2443 Fair Oaks Blvd. #125
Sacramento, CA 95825
(916) 914-3847

issues—and to any party—as follows:

(A) after a jury trial, for any reason for which a new trial has heretofore been granted in an action at law in federal court; or

(B) after a nonjury trial, for any reason for which a rehearing has heretofore been granted in a suit in equity in federal court.

(2) *Further Action After a Nonjury Trial.* After a nonjury trial, the court may, on motion for a new trial, open the judgment if one has been entered, take additional testimony, amend findings of fact and conclusions of law or make new ones, and direct the entry of a new judgment."

FRCP 60, incorporated into RBR 9024, provides:

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) <u>mistake, inadvertence, surprise, or excusable neglect;</u>

(2) <u>newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);</u>

(3) <u>fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;</u>

(4) <u>the judgment is void;</u>

(5) <u>the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable;</u> or

(6) <u>any other reason that justifies relief.</u>

_____These grounds are present here.

B. <u>Argument</u>. The belief of the Court that these documents had not been timely filed was mistaken and apparently not corrected by the U.S. Trustee or anyone else who may have been present at the Status Conference on December 18. Accordingly, the Order of Dismissal should be vacated and set aside to allow the case to continue, a new status conference set, and the Debtor's Application (Docket number 33) for continuances and extensions be acted upon (with dates set commensurate with the timing of restoring the

case).

Date: January 4, 2019

_____
GERALD W. FILICE
Pro Se

REQUEST FOR JUDICIAL NOTICE

Debtor requests judicial notice of the entire file in this case, including specifically docket numbers 7, 22, 23, 24, 25, and 33.

Date: January 4, 2019

_____
GERALD W. FILICE
PRO SE

2443 Fair Oaks Blvd. #125
Sacramento, CA 95825
(916) 914-3847

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          )  Case No. 18-27032 - C - 11
Gerald William Filice,         )  Docket Control No.
                    Debtor.    )  Document No. 1
                               )  Date: 12/18/2018
                               )  Time: 10:30 AM
                               )  DEPT: C
```

**Order**

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the case is dismissed without prejudice.

Dated: December 21, 2018

_____
United States Bankruptcy Judge

Status Conference Re: Voluntary Petition - [1] - [1] - Chapter 11 Voluntary Petition Individual. Missing Document(s): Statement of Financial Affairs; Summary of Assets and Liabilities; Schedule A/B - Real and Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors;Schedule E/F - Unsecured Claims; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; 20 Largest Unsecured Creditors; Form 122B Statement of Current Monthly Income; Document(s) due by 11/21/2018. (pdes)